UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADREYA MALONE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0055-B |
| | § | |
| TRUEACCORD CORP. and | § | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On July 12, 2022, the parties filed a joint stipulation dismissing Plaintiffs' claims in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. 32, Jt. Stip. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that:

- Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**;
- Each party shall bear its own costs and attorney fees;
- All relief not previously granted is hereby denied.

This is a **FINAL JUDGMENT** in this action. The Clerk of Court is directed to close this case.

**SO ORDERED**.

SIGNED: July 13, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -